Eugene Bolle, appellant, v. Chicago & Northwestern Railway Company, appellee. Gen. No. 7,920.

Heard in this court

at the May term, 1928. Opinion filed January 31, 1929.

Ryan & Rosenthal and Paul MacGuffin, for appellants; Joseph D. Ryan, of counsel. Nelson J. Wilcox and I. C. Belden, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.